UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETH M. VAN DYKE,

    Plaintiff,

CASE NO. 1:18-CV-470

v.

HON. ROBERT J. JONKER

GRAND RAPIDS COMMUNITY
COLLEGE, *et al.*,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order Approving and Adopting Report and Recommendation, Plaintiff Beth M. Van Dyke's federal claims are **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B).

Plaintiff's state law claims are **DISMISSED** without prejudice. *See* 28 U.S.C. § 1367(c)(3).

Dated:   December 7, 2018            /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                          CHIEF UNITED STATES DISTRICT JUDGE